*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYATT, | CASE NO.: CV 11-8574-GW(RZx) |
| *Plaintiff,* | |
| vs. | **ORDER** |
| BROOKFIELD PROPERTIES, INC., et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, as to all defendants.

DATED: April 10, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1