*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYATT,<br><br>   *Plaintiff,*<br><br> vs.<br><br>BROOKFIELD PROPERTIES, INC., et al.,<br><br>   *Defendants.* | CASE NO.: CV 11-8574-GW(RZx)<br><br>**ORDER** |

  GOOD CAUSE appearing therefore,

  IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, as to all defendants.

DATED: April 10, 2012      _____
                 HONORABLE GEORGE H. WU
                 UNITED STATES DISTRICT COURT JUDGE